Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (*If known*):_____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **William** <br> First name <br> **Russell** <br> Middle name <br> **Wilson** <br> Last name <br> _____ <br> Suffix (Sr., Jr, II, III) | **Katherine** <br> First name <br> **Renee** <br> Middle name <br> **Wilson** <br> Last name <br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Rusty** <br> First name <br> _____ <br> Middle name <br> **Wilson** <br> Last name <br> _____ <br> Business name (if applicable) <br> _____ <br> Business name (if applicable) | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br> _____ <br> Business name (if applicable) <br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **0 1 6 6** <br> OR <br> **9**xx - xx - __ __ __ __ | xxx - xx - **9 7 8 1** <br> OR <br> **9**xx - xx - __ __ __ __ |

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 1

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**3108 Cindella Dr**
Number          Street

**Manhattan, KS 66502-1808**
City                          State      ZIP Code

**Riley**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                          State      ZIP Code

**If Debtor 2 lives at a different address:**

Number          Street

City                          State      ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                          State      ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**            page 2

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |
| | _____ | _____ MM / DD / YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ MM / DD / YYYY Case number, if known _____

Debtor _____ Relationship to you _____

District _____ When _____ MM / DD / YYYY Case number, if known _____

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 26-40328   Doc# 1   Filed 05/06/26   Page 3 of 38

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**William R. Wilson**
Name of business, if any

**15085 21st Rd**
Number        Street

_____

**Oxford**                                **KS**        **67119-9008**
City                                           State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.       I am not filing under Chapter 11.

☐ No.       I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.      I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.      I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☑ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed?

~~Cattle~~ _____

Where is the property? **15085 21st Rd**

Number     Street

**Oxford**      **KS**   **67119-9008**

City      State   ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | William | Russell | Wilson | | |
|---|---|---|---|---|---|
| Debtor 2 | Katherine | Renee | Wilson | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | | |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☐ No
   ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ William Russell Wilson**
William Russell Wilson, Debtor 1
Executed on **05/06/2026**
   MM/ DD/ YYYY

**X** **/s/ Katherine Renee Wilson**
Katherine Renee Wilson, Debtor 2
Executed on **05/06/2026**
   MM/ DD/ YYYY

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 7

| Debtor 1 | William | Russell | Wilson | |
|---|---|---|---|---|
| Debtor 2 | Katherine | Renee | Wilson | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Martin Peck**
Signature of Attorney for Debtor

Date **05/06/2026**
MM / DD / YYYY

**Martin Peck**
Printed name

**Martin J. Peck, Attorney At Law**
Firm name

**PO Box 236**
Number          Street

_____

**Wellington**
City

**KS**
State

**67152**
ZIP Code

Contact phone **(620) 326-5997**          Email address **peck@martinjpeck.com**

**16273**
Bar number

**KS**
State

Case 26-40328   Doc# 1   Filed 05/06/26   Page 8 of 38

| Debtor 1 | William | Russell | Wilson | |
|---|---|---|---|---|
| Debtor 2 | Katherine | Renee | Wilson | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**12. Are you a sole proprietor of any full- or part-time business? (cont.)**

**William R. Wilson**
Name of business, if any

**15085 21st Rd.**
Number        Street

_____

**Oxford**          **KS**          **67119**
City                    State           ZIP Code

*Check the appropriate box to describe your business:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**Katherine R. Wilson**
Name of business, if any

**3108 Cindella Dr**
Number        Street

_____

**Manhattan**          **KS**          **66502**
City                       State           ZIP Code

*Check the appropriate box to describe your business:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page **9**

Fill in this information to identify your case:

| Debtor 1 | **William** | **Russell** | **Wilson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katherine** | **Renee** | **Wilson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known) _____

❑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1** **Chrysler Capital Credit**
Creditor's Name

**Po Box 961275**
Number     Street

_____

**Fort Worth, TX 76161-0275**
City     State     ZIP Code

**Describe the property that secures the claim:**

| $34,244.00 | $0.00 | $34,244.00 |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **9/4/2024**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number**   **1  0  0  0**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   | $34,244.00 |

Case 26-40328    Doc# 1    Filed 05/06/26    Page 10 of 38

| | | Case number *(if known)* |
|---|---|---|

Debtor 1  **William**        **Russell**        **Wilson**

Debtor 2  **Katherine**      **Renee**          **Wilson**

First Name      Middle Name      Last Name

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** **Internal Revenue Service**

Describe the property that secures the claim:     **$282,472.43**     **$1,036,935.00**     **$0.00**

Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**

> **15085 21st Rd Oxford, KS 67119-9008 Lot Eighty-three (83) and Eighty-four (84) in Sam N. Rogers, Fourth Subdivision located in the Southwest Quarter (SW/4) of Section 36, Township 9 South, Range 7 East**
>
> **3108 Cindella Dr Manhattan, KS 66502-1808**

Number      Street

**Philadelphia, PA 19101**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____ **Last 4 digits of account number** __ __ __ __

**Add the dollar value of your entries in Column A on this page. Write that number here:**     **$282,472.43**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

### 2.3

**RGRF, LLc**
Creditor's Name

**Russell K. Briggs, Resident Agent**

**2312 Stagg Hill Rd**
Number        Street

**Manhattan, KS 66502-3157**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

| 15085 21st Rd Oxford, KS 67119-9008 |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Last 4 digits of account number** __ __ __ __

Column A: **$1,854,399.41**  Column B: **$676,935.00**  Column C: **$1,177,464.41**

### 2.4

**US Foods, Inc.**
Creditor's Name

**c/o Corporation Service Company, Resident Agent**

**1100 Sw Wanamaker Rd Ste 103**
Number        Street

**Topeka, KS 66604-3805**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

| 15085 21st Rd Oxford, KS 67119-9008 |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

**Last 4 digits of account number** __ __ __ __

Column A: **$218,274.58**  Column B: **$676,935.00**  Column C: **$0.00**

**Remarks:** 2020-MV-000011-A

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$2,072,673.99** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$2,389,390.42** |

Case 26-40328    Doc# 1    Filed 05/06/26    Page 12 of 38

| Debtor 1 | **William** | **Russell** | **Wilson** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Katherine** | **Renee** | **Wilson** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1.
**Office of United States Attorney**
Name
**301 N Main**
**1200 Epic Center**
Number          Street
**Wichita, KS 67202**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number     __ __ __ __

2.
**Iles, Terry A.**
Name
**214 Sw 6th Ave Ste 301**
Number          Street

**Topeka, KS 66603-3775**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number     __ __ __ __

3.
**Fanning Jr, Gary L.**
Name
**5835 Sw 29th St Ste 101**
Number          Street

**Topeka, KS 66614-5501**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number     __ __ __ __

4.
**Butler & Associates P.A.**
Name
**3706 Sw Topeka Blvd Ste 300**
Number          Street

**Topeka, KS 66609-1239**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number     __ __ __ __

| Debtor 1 | William | Russell | Wilson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Katherine | Renee | Wilson |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ❑ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

    ❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1   Bank of America**
Nonpriority Creditor's Name

**Attn: Bankruptcy Department 475 Cross Point Pkwy**

**Po Box 9000**
Number        Street

**Getzville, NY 14068-9000**
City                State                ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number    **2   7   6   7**            **$654.00**

**When was the debt incurred?**        **2/16/2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

| Debtor 1 | **William** | **Russell** | **Wilson** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Katherine** | **Renee** | **Wilson** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims — Continuation Page**</td></tr>
</table>

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.2**

**Bmo Harris Cc Ts2**
Nonpriority Creditor's Name

**PO BOX 2008**
Number          Street

**MILWAUKEE, WI 53201**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   6   1   0   0

**When was the debt incurred?**   2/21/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$992.00**

**4.3**

**Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**
Number          Street

**Salt Lake Cty, UT 84130-0285**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Cabelas Card

**Last 4 digits of account number**   2   2   4   1

**When was the debt incurred?**   8/30/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$2,080.00**

Case 26-40328   Doc# 1   Filed 05/06/26   Page 17 of 38

| Debtor 1 | **William** | **Russell** | **Wilson** | Case number *(if known)* _____ |
| Debtor 2 | **Katherine** | **Renee** | **Wilson** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.4 Capital One

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number          Street

**Salt Lake Cty, UT 84130-0285**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Civil Judgment**

**$10,749.00**

**Remarks:** Riley County, Kansas, case number 2014-CV-187. Judgment is dormant.

### 4.5 Credit One Bank

Nonpriority Creditor's Name

**Po Box 98873**

Number          Street

**Las Vegas, NV 89193-8873**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 0 2 8

**When was the debt incurred?** 8/22/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$723.00**

Case 26-40328   Doc# 1   Filed 05/06/26   Page 18 of 38

| Debtor 1 | William | Russell | Wilson | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Katherine | Renee | Wilson | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.6 Synchrony Bank
Nonpriority Creditor's Name

**Attn Bankruptcy Dept**

**PO Box 965064**
Number                Street

**Orlando, FL 32896-5064**
City                State                ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Project card

**Last 4 digits of account number**  6  1  3  8

**When was the debt incurred?**  7/26/2024

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ChargeAccount**

**$2,582.00**

### 4.7 William Newton Hospital
Nonpriority Creditor's Name

**1300 E. 5th Ave.**
Number                Street

**Winfield, KS 67156**
City                State                ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** CLW-2025-LM-000772

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$1,541.00**

Case 26-40328   Doc# 1   Filed 05/06/26   Page 19 of 38

| Debtor 1 | William | Russell | Wilson | Case number *(if known)* _____ |
| Debtor 2 | Katherine | Renee | Wilson | |
| | First Name | Middle Name | Last Name | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

| 4.8 | | |
|---|---|---|

**William Newton Memorial Hospital**
Nonpriority Creditor's Name

**1300 E 5th**

Number                Street

**Winfield, KS 67156**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** 2010-MV-194

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

$3,463.46

Case 26-40328    Doc# 1    Filed 05/06/26    Page 20 of 38

| Debtor 1 | **William** | **Russell** | **Wilson** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Katherine** | **Renee** | **Wilson** | |
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

1. **Mandarich Law Group**
Name
**Po Box 109032**
Number          Street

**Chicago, IL 60610-9032**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.3** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

2. **Kramer & Frank, PC**
Name
**1420 Nw Vivion Rd Ste 105**
Number          Street

**Kansas City, MO 64118-4511**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.4** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

3. **DJR Law Office**
Name
**PO Box 4069**
Number          Street

**Wichita, KS 67204**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.7** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **0** **7** **7** **2**

4. **Andreas Law Office**
Name
**104 1/2 W. 9th Ave . #303**
Number          Street

**Winfield, KS 67156**
City                    State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Case 26-40328     Doc# 1     Filed 05/06/26     Page 21 of 38

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **William** | **Russell** | **Wilson** | Case number *(if known)* | |
| Debtor 2 | **Katherine** | **Renee** | **Wilson** | | |
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $22,784.46 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $22,784.46 |

Case 26-40328   Doc# 1   Filed 05/06/26   Page 22 of 38

| Debtor 1 | **William** | **Russell** | **Wilson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katherine** | **Renee** | **Wilson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number
(if known)

❑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

    ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Verizon** | Contract to be ASSUMED |
| | Name | |
| | **Attn Bankruptcy** | |
| | **Po Box 15069** | |
| | Number         Street | |
| | **Albany, NY 12212-5069** | |
| | City         State         ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number         Street | |
| | City         State         ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number         Street | |
| | City         State         ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number         Street | |
| | City         State         ZIP Code | |

Official Form 106G            **Schedule G: Executory Contracts and Unexpired Leases**            page **1** of **1**

Case 26-40328    Doc# 1    Filed 05/06/26    Page 23 of 38

| Debtor 1 | William | Russell | Wilson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Katherine | Renee | Wilson |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known) _____

❏ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ❏ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ❏ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ❏ No

      ❏ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent

        _____
        Number       Street

        _____
        City       State       ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F*, **or** *Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City   State   ZIP Code | ❏ Schedule D, line _____ <br> ❏ Schedule E/F, line _____ <br> ❏ Schedule G, line _____ |
| **3.2** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City   State   ZIP Code | ❏ Schedule D, line _____ <br> ❏ Schedule E/F, line _____ <br> ❏ Schedule G, line _____ |

Case 26-40328    Doc# 1    Filed 05/06/26    Page 24 of 38

| Debtor 1 | William | Russell | Wilson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Katherine | Renee | Wilson |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................................. | **$1,036,935.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................................................. | **$100,001.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................................ | **$1,136,936.00** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$2,389,390.42** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | **+ $22,784.46** |
| **Your total liabilities** | **$2,412,174.88** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................................. | **$0.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................................ | **$0.00** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | **Total claim** |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **William** | **Russell** | **Wilson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Katherine** | **Renee** | **Wilson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ William Russell Wilson**

William Russell Wilson, Debtor 1

**X** **/s/ Katherine Renee Wilson**

Katherine Renee Wilson, Debtor 2

Date **05/06/2026**
   MM/ DD/ YYYY

Date **05/06/2026**
   MM/ DD/ YYYY

Official Form 106Dec

Declaration About an Individual Debtor's Schedules

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**TOPEKA DIVISION**

IN RE: **Wilson, William Russell**                                    CASE NO
      **Wilson, Katherine Renee**

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **05/06/2026**     Signature                   **/s/ William Russell Wilson**
                                           William Russell Wilson, Debtor

Date   **05/06/2026**     Signature                   **/s/ Katherine Renee Wilson**
                                         Katherine Renee Wilson, Joint Debtor

Andreas Law Office
104 1/2 W. 9th Ave . #303
Winfield, KS 67156

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
Po Box 9000
Getzville, NY 14068-9000

Bmo Harris Cc Ts2
PO BOX 2008
MILWAUKEE, WI 53201

Butler & Associates P.A.
3706 Sw Topeka Blvd Ste 300
Topeka, KS 66609-1239

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake Cty, UT 84130-0285

Chrysler Capital Credit
Po Box 961275
Fort Worth, TX 76161-0275

Credit One Bank
Po Box 98873
Las Vegas, NV 89193-8873

DJR Law Office
PO Box 4069
Wichita, KS 67204

Gary L. Fanning, Jr
5835 Sw 29th St Ste 101
Topeka, KS 66614-5501

Terry A. Iles
214 Sw 6th Ave Ste 301
Topeka, KS 66603-3775

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101

Kramer & Frank, PC
1420 Nw Vivion Rd Ste 105
Kansas City, MO 64118-4511

Mandarich Law Group
Po Box 109032
Chicago, IL 60610-9032

Office of United States
Attorney
301 N Main
1200 Epic Center
Wichita, KS 67202

RGRF, LLc
Russell K. Briggs, Resident Agent
2312 Stagg Hill Rd
Manhattan, KS 66502-3157

Synchrony Bank
Attn Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5064

US Foods, Inc.
c/o Corporation Service Company,
Resident Agent
1100 Sw Wanamaker Rd Ste 103
Topeka, KS 66604-3805

Verizon
Attn Bankruptcy
Po Box 15069
Albany, NY 12212-5069

William Newton Hospital
1300 E. 5th Ave.
Winfield, KS 67156

William Newton Memorial
Hospital
1300 E 5th
Winfield, KS 67156

| Debtor 1 | **William** | **Russell** | **Wilson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Katherine** | **Renee** | **Wilson** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

|  |  |  | Unsecured claim |
|---|---|---|---|
| **1** **RGRF, LLc** <br> Creditor's Name <br><br> **Russell K. Briggs, Resident Agent** <br><br> **2312 Stagg Hill Rd** <br> Number          Street <br> **Manhattan, KS 66502-3157** <br> City          State          ZIP Code <br><br> Contact <br><br> Contact phone | **What is the nature of the claim?**   **An agreement; Judgment lien from lawsuit** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☑ Yes. Total claim (secured and unsecured):   **$1,854,399.41** <br>          Value of security:   **$676,935.00** <br>          Unsecured   **$1,177,464.41** | | **$1,177,464.41** |
| **2** **US Foods, Inc.** <br> Creditor's Name <br><br> **c/o Corporation Service Company, Resident Agent** <br><br> **1100 Sw Wanamaker Rd Ste 103** <br> Number          Street <br> **Topeka, KS 66604-3805** <br> City          State          ZIP Code <br><br> Contact <br><br> Contact phone | **What is the nature of the claim?**   **Judgment lien from lawsuit** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☑ Yes. Total claim (secured and unsecured):   **$218,274.58** <br>          Value of security:   **$0.00** <br>          Unsecured   **$218,274.58** | | **$218,274.58** |

Case 26-40328   Doc# 1   Filed 05/06/26   Page 32 of 38

| Debtor 1 | William | Russell | Wilson | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Katherine | Renee | Wilson | | |
| | First Name | Middle Name | Last Name | | |

|  |  |  | Unsecured claim |
|---|---|---|---|

### 3  Chrysler Capital Credit
Creditor's Name

**Po Box 961275**

Number        Street

**Fort Worth, TX 76161-0275**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **An agreement**        **$34,244.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$34,244.00**

    Value of security:        **$0.00**

    Unsecured        **$34,244.00**

### 4  Capital One
Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number        Street

**Salt Lake Cty, UT 84130-0285**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Civil Judgment**        **$10,749.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):

    Value of security:

    Unsecured

### 5  William Newton Memorial Hospital
Creditor's Name

**1300 E 5th**

Number        Street

**Winfield, KS 67156**

City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  **Other**        **$3,463.46**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured):

    Value of security:

    Unsecured

Case 26-40328    Doc# 1    Filed 05/06/26    Page 33 of 38

| | | Unsecured claim |
|---|---|---|

**6**  **Synchrony Bank**

Creditor's Name

**Attn Bankruptcy Dept**

**PO Box 965064**

Number        Street

**Orlando, FL 32896-5064**

City        State        ZIP Code

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    **ChargeAccount**    **$2,582.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

　　　Value of security: _____

　　　Unsecured _____

---

**7**  **Capital One**

Creditor's Name

**Attn: Bankruptcy**

**Po Box 30285**

Number        Street

**Salt Lake Cty, UT 84130-0285**

City        State        ZIP Code

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    **CreditCard**    **$2,080.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

　　　Value of security: _____

　　　Unsecured _____

---

**8**  **William Newton Hospital**

Creditor's Name

**1300 E. 5th Ave.**

Number        Street

**Winfield, KS 67156**

City        State        ZIP Code

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    **Other**    **$1,541.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

　　　Value of security: _____

　　　Unsecured _____

---

**9**  **Bmo Harris Cc Ts2**

Creditor's Name

**PO BOX 2008**

Number        Street

**MILWAUKEE, WI 53201**

City        State        ZIP Code

_____

Contact

_____

Contact phone

**What is the nature of the claim?**    **CreditCard**    **$992.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

　　　Value of security: _____

　　　Unsecured _____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Case 26-40328   Doc# 1   Filed 05/06/26   Page 34 of 38

| Debtor 1 | William | Russell | Wilson | Case number *(if known)* _____ |
|----------|---------|---------|--------|-------------------------------------|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Katherine | Renee | Wilson | |
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|--|--|--|--|

**10** **Credit One Bank**
Creditor's Name

**Po Box 98873**

Number    Street

**Las Vegas, NV 89193-8873**

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **CreditCard**    **$723.00**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

---

**11** **Bank of America**
Creditor's Name

**Attn: Bankruptcy Department 475 Cross Point Pkwy**

**Po Box 9000**

Number    Street

**Getzville, NY 14068-9000**

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **CreditCard**    **$654.00**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

---

**12**
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

---

**13**
Creditor's Name

Number    Street

City    State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

Case 26-40328    Doc# 1    Filed 05/06/26    Page 35 of 38

|  | | Unsecured claim |
|--|--|--|

**14**

Creditor's Name

Number      Street

City        State       ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

**15**

Creditor's Name

Number      Street

City        State       ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

**16**

Creditor's Name

Number      Street

City        State       ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

**17**

Creditor's Name

Number      Street

City        State       ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

     Value of security: _____

     Unsecured _____

Official Form 104      **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 5

Case 26-40328    Doc# 1    Filed 05/06/26    Page 36 of 38

Debtor 1  **William**      **Russell**      **Wilson**         Case number *(if known)* _____
          First Name       Middle Name      Last Name

Debtor 2  **Katherine**    **Renee**        **Wilson**
          First Name       Middle Name      Last Name

| | | Unsecured claim |
|---|---|---|

**18**

Creditor's Name _____

Number      Street _____

_____

City        State        ZIP Code

Contact _____

Contact phone

**What is the nature of the claim?** _____  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

  Value of security: _____

  Unsecured _____

**19**

Creditor's Name _____

Number      Street _____

_____

City        State        ZIP Code

Contact _____

Contact phone

**What is the nature of the claim?** _____  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

  Value of security: _____

  Unsecured _____

**20**

Creditor's Name _____

Number      Street _____

_____

City        State        ZIP Code

Contact _____

Contact phone

**What is the nature of the claim?** _____  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**

❏ No
❏ Yes. Total claim (secured and unsecured): _____

  Value of security: _____

  Unsecured _____

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

**X** ____ **/s/ William Russell Wilson** ____     **X** ____ **/s/ Katherine Renee Wilson** ____
Signature of Debtor 1                                 Signature of Debtor 2

Date      **05/06/2026**                             Date      **05/06/2026**
      MM / DD / YYYY                                        MM / DD / YYYY

Official Form 104      **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 6

Case 26-40328   Doc# 1   Filed 05/06/26   Page 37 of 38